IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JERALD VICKERY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 14-cv-926-CJP[1] |
| ) | |
| **CAROLYN W. COLVIN,** ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM and ORDER**

**PROUD, Magistrate Judge:**

This matter is now before the Court on the parties' Joint Motion to Remand to the Commissioner. **(Doc. 23).**

The parties agree that this case should be remanded to the agency for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. See, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Schaefer v. Shalala*, 509 U.S. 292, 302-303 (1993).

The parties agree that, on remand, plaintiff will be given the opportunity for a new hearing and the ALJ will review the period through December 31,

---

[1] This case was referred to the undersigned for final disposition upon consent of the parties, pursuant to 28 U.S.C. §636(c). See, Doc. 17.

1

2013 (Plaintiff's date last insured). They also agree that the ALJ will update the record; consider plaintiff's obesity; give further consideration to plaintiff's severe impairments; determine whether plaintiff meets or equals Listing 11.14; evaluate and assign weight to the opinion evidence, including opinions from treating sources Dr. Paul Malcharek and Dr. Garry Tobin; reassess plaintiff's maximum residual functional capacity throughout the period at issue; and if necessary obtain supplemental vocational expert testimony.

For good cause shown, the parties' Joint Motion to Remand **(Doc. 23)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying Jerald Vickery's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to **four** of 42 U.S.C. §405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED: June 1, 2015.**

> **s/ Clifford J. Proud**
> **CLIFFORD J. PROUD**
> **UNITED STATES MAGISTRATE JUDGE**